# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| NELSON BIRDWELL, | : | No. 82 MAP 2024 |
| Appellant | : | |
| v. | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

**AND NOW,** this 23rd day of December, 2024, the Notice of Appeal is QUASHED, as the Commonwealth Court's order is not final or immediately appealable. *See* Pa.R.A.P. 341(b) (definition of a final order); Pa.R.A.P. 311, Note (specifying that an appeal as of right under Rule 311(c) does not extend to transfer orders under 42 Pa.C.S. § 5103). The "Application for Leave to Seek [Appointment] of Counsel" is DISMISSED AS MOOT.